## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMES BIEAR,                              :
                                         :
         v.                               :       3:14-CV-1488
                                         :
                                         :    (JUDGE MARIANI)
UNITED STATES DEPARTMENT                  :
OF JUSTICE ERIC HOLDER,                   :
ATTORNEY GENERAL,                         :
                                         :
              Defendant.                  :

## ORDER

**AND NOW, THIS 31ST DAY OF MAY 2024,** upon consideration of Plaintiff James

Biear's motion to reopen this case (Doc. 176) and all relevant documents, for the reasons

set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT**

Plaintiff's Motion is **DENIED**.

Robert D. Mariani
United States District Judge